UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASSANDRA WHEATEN, parent and next friend of D.W., a minor, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Case No. 09-986 (RJL)<br>)<br>) |
| DISTRICT OF COLUMBIA *et al.*, | )<br>) |
| Defendants. | )<br>) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 27th day of July, 2010, hereby

**ORDERED** that the plaintiff's Motion for Summary Judgment [#10] is **DENIED**; and it is further

**ORDERED** that the defendants' Cross-Motion for Summary Judgment [#11] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge